**STATE of Missouri, Respondent**

v.

**Gerald A. GREEN, Appellant.**

**No. WD 75925.**

Missouri Court of Appeals,
Western District.

Jan. 28, 2014.

Andrew C. Hooper, for Respondent.

William J. Swift, for Appellant.

Before Division Three: ANTHONY REX GABBERT, Presiding Judge, VICTOR C. HOWARD, Judge and THOMAS H. NEWTON, Judge.

### ORDER

PER CURIAM:

Gerald Green appeals his conviction and three year sentence for attempting to commit violence against an employee of the department of corrections, section 217.385.1, RSMo 2000. He contends that the evidence was insufficient to support the conviction. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The conviction is affirmed. Rule 30.25(b).